ACCEPTED
14-14-00922-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/1/2015 12:03:00 PM
CHRISTOPHER PRINE
CLERK

No. 14-14-00922-CV

_____

IN THE COURT OF APPEALS FOR THE
FOURTEENTH DISTRICT OF TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/1/2015 12:03:00 PM
CHRISTOPHER A. PRINE
Clerk

Kimberly R. Redo
*Appellant*,

v.

Katherine Moore
*Appellee.*

On Appeal from County Court at Law No. One (1)
Of Harris County, Texas
Trial Court Cause No. 1029105

**UNOPPOSED
SECOND MOTION FOR EXTENSION OF
TIME TO FILE BRIEF OF APPELLANT**

**TO THE HONORABLE JUSTICES OF THIS COURT:**

Kimberly R. Redo, Appellant, file this Unopposed Motion for Extension of Time to File Brief of Appellant and would show the Court as follows:

1.      Appellant's brief is due on Monday, June 1, 2015.

2.      Appellant respectfully requests an extension of time for 30 days to file her brief.

3.      In addition to his regular office and client commitments and responsibilities, counsel for Appellant has been required to prepare for and attend to various other matters including:

(a) Attend trial in Cause No. 2013-22591, styled *Capital Plastic & Bags, Inc. v. Frank Zhang and Daxwell Group, LLC, f/k/a Daxwell Group, L.P.,* pending in the 295th Judicial District Court of Harris County, Texas.

(b) Prepare for and attend depositions in Cause No. 2012-11729, styled *PMB Precision Medical Billing v. Bay Area Podiatry Associates*, pending in the 165th Judicial District Court of Harris County, Texas.

(c) Prepare for and attend non-party deposition in Cause No. 2014-50460, styled *6100 Clarkson L.P., et. al. v. Melvin Grant, et al.*, pending in the 295th District Court of Harris County, Texas.

(d) Prepare for and attend pre-trial conference in Case No. 4:15-cv-859, styled *Carmelita Sagum v. Deutsche Bank National Trust Company*, pending in the United States District Court for the Southern District of Texas, Houston Division.

(e) Prepare for and attend oral argument in Cause No. 2009-65488 in Case No. 14-14-00744-CV, styled *Mega Builders, Inc., d/b/a Mega & Associates v. Paramount Stores, Inc., and Community National Bank*; In Fourteenth Court of Appeals.

(f) Prepare for and travel overseas to the Netherlands and Belgium, having left on Friday, May 15, 2015, and returning on Sunday, May 24, 2015.

In addition to the above, the undersigned counsel has the following upcoming deadlines:

(g) Prepare a response to Motion for Summary Judgment and attend Summary Judgment hearing on June 5, 2015, in Cause No. 2014-16000; styled *Heritage Park Terrace Homeowners Association vs. Mohammad F. Akbar,* pending in the 113th Judicial District of Harris County, Texas.

(h) Prepare for and attend TCEQ hearing in SOAH Docket No. 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; TCEQ Docket No. 2014-0908-PST-E, styled *In the Matter of an Enforcement Action Against Adnan Najm d/b/a Kathy's Sunmart*, RN101943140, on June 11, 2015.

(i) Prepare for and attend hearing on Harris County's Motion for Summary Judgment on June 12, 2015, in Cause No. 2011-52524, styled *Harris County, Texas, Plaintiff, vs. S.K. and Brothers, Inc., and Trey Melcher and Yvonne Evie Melcher, Trustees of the Evie Melcher Non-Exempt Trust, Defendants,* pending in the 215th Judicial District Court, of Harris County, Texas.

(j) Prepare Joint Pre-Trial Statement in Adversary Case No. 14-03320, styled *Gulam Gulamali v. Ngo Xuan Dinh and Nina Nhathuy Dinh,* pending in the Southern District of Texas, which is due June 19, 2015.

(k) Attend hearing on June 19, 2015, in Cause No. 14-DCV-214552, styled *In the Matter of the Marriage of Edward Ochuwa and Nwabugwu Ochuwa,* pending in the 328th Family District Court of Fort Bend County, Texas.

4.    One previous extension for time was granted to Appellant on April 13, 2015, with regard to the filing of her brief.

5.    This Motion is not sought for delay only, but in order that justice may be properly served.

**PRAYER**

Appellant Kimberly R. Redo, respectfully requests that this Court grant her request for an extension of 30 days, until Wednesday, July 1, 2015, to file her brief.  Appellant prays for any other relief to which it is entitled.

Respectfully submitted,

WILLIAM F. HARMEYER & ASSOCIATES

*/s/William F. Harmeyer*
William F. Harmeyer
State Bar No. 09019000
475 Arena Tower One
7322 Southwest Freeway
Houston, Texas  77074
Tel: (713) 270-5552
Fax: (713) 270-7128
Email: wharmeyer@harmeyerlaw.com
*Attorney for the Appellant,*
*Kimberly R. Redo*.

## CERTIFICATE OF CONFERENCE

I hereby certify that I have contacted Mr. Steven Messer, attorney for Appellee, Katherine Moore, as to the merits of the forgoing motion, and that he is unopposed to this Motion for Extension of Time to File Appellant's Brief.

/s/William F. Harmeyer
William F. Harmeyer

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the following parties or counsel of record on this 1st day of June, 2015, in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure.

Mr. Steven Messer
Haynes and Boone, LLP
1221 McKinney, Suite 2100
Houston, Texas 77010-2007
*Attorney for Appellee,*
*Katherine Moore*
*Via Fax: (713) 236-5507*

/s/William F. Harmeyer
William F. Harmeyer